UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 MISC 00278**

In the Matter of

Rule 7.1 Disclosure Statements

STANDING SDNY
ORDER
M10-468

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 1
DATE FILED: 8/5/2011

Federal Rule of Civil Procedure 7.1, Disclosure Statement, requiring a nongovernmental corporate party to file a statement identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock, or in the alternative stating that there is no such corporation, and the District Court's Case Management / Electronic Case Filing (CM/ECF) system having been modified in November 2007 to allow not only for the electronic filing of a PDF-A version of a Rule 7.1 Statement but also for the direct data entry of Rule 7.1 information by the filing party, it is hereby

ORDERED, effective September 6, 2011, that parties required to file a Rule 7.1 Disclosure Statement in an electronic case shall not only attach a PDF-A copy of the document but shall also manually enter the relevant information as required by the CM/ECF system.

Dated: August 4, 2011
New York, New York

SO ORDERED:

_Loretta A. Preska_
Loretta A. Preska
Chief United States District Judge